# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SONNY AUSTIN RAMDEO,** : | CIVIL ACTION NO. 1:20-CV-2458 |
| Petitioner : | (Judge Conner) |
| v. : | |
| **STEPHEN SPAULDING,** : | |
| Respondent : | |

## ORDER

AND NOW, this 22nd day of December, 2021, upon consideration of Petitioner Sonny Austin Ramdeo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Ramdeo's petition (Doc. 1) for a writ of habeas corpus is DISMISSED.

2. Ramdeo's motion (Doc. 11) for discovery is DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania